# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/15/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terrance E. Ulch II<br>aka Terry Ulch Jr.<br>11981 Ryznar Dr.<br>Belleville, MI 48111 | Jacqueline M. Schank−Ulch<br>aka Jackie Schank−Ulch<br>11981 Ryznar Dr.<br>Belleville, MI 48111 |
| Case Number:<br>**10−71725−wsd** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1308<br>xxx−xx−7416 |
| Attorney for Debtor(s) (name and address):<br>Michael D. Lieberman<br>30500 Northwestern Hwy., Ste. 307<br>Farmington Hills, MI 48334<br>Telephone number: (248) 539−5500 | Bankruptcy Trustee (name and address):<br>Karen E. Evangelista<br>439 South Main<br>Suite 250<br>Rochester, MI 48307<br>Telephone number: 248−652−7992 |

### Meeting of Creditors
Date: **November 24, 2010**        Time: **10:00 AM**
Location: **211 West Fort St., Room 315, Detroit, MI 48226**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 1/23/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br>Telephone number: 313−234−0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo |
| Hours Open: Monday − Friday 08:30 AM − 4:00 PM | Date: 10/18/10 |

**EXPLANATIONS**                                                                                          B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**The Court will dismiss this case without a hearing if the debtor(s) do not timely file all required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Oct 20, 2010.
```
db/jdb      +Terrance E. Ulch, II,    Jacqueline M. Schank-Ulch,    11981 Ryznar Dr.,
             Belleville, MI 48111-2246
aty         +Michael D. Lieberman,    30500 Northwestern Hwy., Ste. 307,    Farmington Hills, MI 48334-3178
tr          +Karen E. Evangelista,    439 South Main,    Suite 250,    Rochester, MI 48307-6704
19370216    +AT&T,    PO Box 3002,    Phoenixville, PA 19460-3002
19370217    +Aver Sign Company,    359 Livernois,    Ferndale, MI 48220-2301
19370218    +BAC Home Loans,    450 American St. SV416,    Simi Valley, CA 93065-6285
19370222    +CBE Group Inc. (Dish Network),     131 Tower Parkway Drive,    PO Box 900,    Waterloo, IA 50704-0900
19370223    +CCO Mortgage Corporation,    2812 Emerywood Pkwy.,    Richmond, VA 23294-3727
19370225    +Charter One,    Asset Recovery RJE 350,    One Citizen's Drive,    Riverside, RI 02915-3019
19370226     Charter One,    Customer Loan Servicing,    P.O. Box 42002,    Providence, RI 02940-2002
19370224     Charter One,    1215 Superior Avenue,    Cleveland, OH 44114-3299
19370227    +Charter One Bank,    480 Jefferson Blvd. - JBE,    Warwick, RI 02886-1359
19370232     Comerica Bank,    Customer Inquiry,    PO Box 6353,    Fargo, ND 58125-6353
19370236    +DVT&T, LLC,    359 Livernois,    Ferndale, MI 48220-2301
19370233    +Diane M. Ulch,    29282 Chenwood Court,    Farmington, MI 48334-3100
19370237    +Enterprise Funding,    4308 Three Mile Rd.,    Suite A,    Grand Rapids, MI 49534-1137
19370238    +Executive Partners,    11981 Ryznar Dr.,    Belleville, MI 48111-2246
19370240     Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
19370241     Fifth Third Bank,    Madisonville OPS Center,    MD 1MOC2N    CC3148,    Cincinnati, OH 45263-5300
19370242    +Fred Cobb and Charlene Wilkerson,    485 High Street,    Belleville, MI 48111-2635
19370244    +General Funding Corporation,    20259 Mack Ave.,    Grosse Pointe Woods, MI 48236-1773
19370251     National City,    Customer Service,    PO Box 2349, KA16FS,    Kalamazoo, MI 49003-2349
19370254    +PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
19370252    +Paramount Bank,    31000 Northwestern Hwy.,    Suite 200,    Farmington Hills, MI 48334-2586
19370253     Playa Linda Beach Resort,    J.E. Irausquin Blvd. 87,    PO Box 1010,    Oranjestad, ARUBA,
             Dutch Caribbean
19370255     Talbots,    PO Box 740158,    Cincinnati, OH 45274-0158
19370256    +Terry's Personal Training, LLC,    359 Livernois,    Ferndale, MI 48220-2301
19370257    +Terry's Professional Training, LLC,    359 Livernois,    Ferndale, MI 48220-2301
19370260    +Western Wayne Urgent Care PC,    PO Box 32588,    Detroit, MI 48232-0588
```
The following entities were noticed by electronic transmission on Oct 18, 2010.
```
19370214     EDI: AMEREXPR.COM Oct 18 2010 18:33:00      American Express,    Customer Service,
             P.O. Box 981535,    El Paso, TX 79998-1535
19370219     EDI: BANKAMER.COM Oct 18 2010 18:33:00      Bank of America,    Account Inquiries,    PO Box 15026,
             Wilmington, DE 19850-5026
19370220    +EDI: CAPITALONE.COM Oct 18 2010 18:33:00      Capital One,    P.O. Box 30281,
             Salt Lake City, UT 84130-0281
19370221     EDI: CAPITALONE.COM Oct 18 2010 18:33:00      Capital One Bank, N.A.,    Customer Inquiry,
             PO Box 30281,    Salt Lake City, UT 84130-0281
19370230     EDI: CHASE.COM Oct 18 2010 18:33:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19370229     EDI: CHASE.COM Oct 18 2010 18:33:00      Chase,    Cardmember Service,    PO Box 94014,
             Palatine, IL 60094-4014
19370228     EDI: CHASE.COM Oct 18 2010 18:33:00      Chase,    Cardmember Service,    PO Box 15298,
             Wilmington, DE 19850-5298
19370231    +EDI: CITICORP.COM Oct 18 2010 18:33:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
19370234     EDI: DISCOVER.COM Oct 18 2010 18:33:00      Discover Card,    PO Box 30943,
             Salt Lake City, UT 84130
19370235    +EDI: DTEE.COM Oct 18 2010 18:33:00      DTE Energy,    PO Box 8037,    Detroit, MI 48208-0037
19370239     EDI: BANKAMER.COM Oct 18 2010 18:33:00      FIA Card Services,    P.O. Box 15026,
             Wilmington, DE 19850-5026
19370245    +EDI: GMACFS.COM Oct 18 2010 18:33:00      GMAC,    5400 Gateway Center,    Flint, MI 48507-3939
19370243    +EDI: WFNNB.COM Oct 18 2010 18:33:00      Gardner White,    WFCB Bankruptcy Dept.,    PO Box 183043,
             Columbus, OH 43218-3043
19370246     EDI: HFC.COM Oct 18 2010 18:33:00      HSBC Retail Services/Art Van,    PO Box 15521,
             Wilmington, DE 19850-5521
19370247     EDI: HFC.COM Oct 18 2010 18:33:00      HSBC Retail Services/Best Buy,    PO Box 15521,
             Wilmington, DE 19850-5521
19370249     EDI: IRS.COM Oct 18 2010 18:33:00      Internal Revenue Service***,
             Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
19370248     EDI: IRS.COM Oct 18 2010 18:33:00      Internal Revenue Service,    SBSE/Insolvency Unit,
             PO Box 330500, Stop 15,    Detroit, MI 48232
19370250     EDI: CBSKOHLS.COM Oct 18 2010 18:33:00      Kohl's,    Customer Inquiry,    PO Box 3043,
             Milwaukee, WI 53201-3043
19370258    +EDI: WFFC.COM Oct 18 2010 18:33:00      Wells Fargo,    WF Business Direct,    PO Box 348750,
             Sacramento, CA 95834-8750
19370259    +EDI: WFFC.COM Oct 18 2010 18:33:00      Wells Fargo Bank, NV, NA,    PO Box 31557,
             Billings, MT 59107-1557
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19370215*    American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2010**          **Signature:**      *Joseph Speetjens*