**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

TERRANCE E. ULCH,                               Chapter 7
JACQUELINE M. SCHANK-ULCH          Case No. 10-71725-WSD
                                                 Hon. Walter Shapero

       Debtor(s).
_____/

## **CERTIFICATE OF COMPLIANCE WITH LBR 1007-1(i))**

In accordance with the provisions of LBR 1007-1(i), the undersigned hereby certifies that a copy of the Debtors' 2008 and 2009 tax returns and copies of all payment advices or other evidence of payment received within sixty (60) days before the date of the filing of the petition by the Debtors from any employer of the Debtors have been furnished to the Trustee.

                                                          Respectfully submitted

                                                          **LIEBERMAN, GIES & COHEN, PLLC**

                                                          */s/ Michael D. Lieberman*
Dated:    November 1, 2010               Michael D. Lieberman (P38529)
                                                          Attorneys for Debtors
                                                          30500 Northwestern Hwy., Ste. 307
                                                          Farmington Hills, MI   48334
                                                          (248) 539-5500 (phone)
                                                          (248) 539-5581 (fax)
                                                          mike@lgcpllc.com