UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Terrance E. Ulch, II and            Case No. 10-71725-WSD
Jacqueline M. Schank-Ulch,          Chapter 7
                                    Hon. Walter Shapero
            Debtors.
_____/

**STIPULATION TO ENTRY OF ORDER EXTENDING DEADLINE
FOR TRUSTEE TO FILE OBJECTIONS TO DEBTORS' EXEMPTIONS**

Chapter 7 Trustee Karen E. Evangelista and the Debtors stipulate to entry of the attached order extending the deadline for the Trustee to file objections to the Debtors' exemptions to January 7, 2011.


Steinberg Shapiro & Clark                  Lieberman Gies & Cohen PLLC


/s/ Tracy M. Clark (P60262)                /s/ Michael D. Lieberman (P38529)
Attorney for Trustee                       Attorney for Debtors
25925 Telegraph Rd., Suite 203             30500 Northwestern Hwy., Suite 307
Southfield, MI 48033                       Farmington Hills, MI 48334
(248) 352-4700                             (248) 539-5500
clark@steinbergshapiro.com                 mike@lgcpllc.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Terrance E. Ulch, II and  Case No. 10-71725-WSD
Jacqueline M. Schank-Ulch,  Chapter 7
   Hon. Walter Shapero

      Debtors.
_____/

## ORDER EXTENDING DEADLINE FOR TRUSTEE
## TO FILE OBJECTIONS TO DEBTORS' EXEMPTIONS

Chapter 7 Trustee Karen E. Evangelista and the Debtors have stipulated to entry of this order. The court, noting the agreement of the parties, finds good cause to enter this order.

IT IS ORDERED that the deadline for the Trustee to file objections to the Debtors' exemptions is extended to January 7, 2011.

2