| Case No.: | 10-71725-WS | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | ULCH, TERRANCE E. II AND ULCH, JACQUELINE M. | Date Filed (f) or Converted (c): | 10/15/2010 (f) |
| For the Period Ending: | 03/31/2011 | §341(a) Meeting Date: | 11/24/2010 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 RESIDENCE: 11981 RYZNAR DR. MORTGAGE(S), BELLEVI | $300,000.00 | $0.00 | | $0.00 | $5,000.00 |
| 2 RENTAL PROPERTY: 485 HIGH STREET MORTGAGE(S), BE | $125,000.00 | $0.00 | | $0.00 | $5,000.00 |
| 3 TIME SHARES:, PLAYA LINDA BEACH RESORT BELIEVED | Unknown | $0.00 | DA | $0.00 | FA |
| 4 $200.00 | $200.00 | $0.00 | DA | $0.00 | FA |
| 5 $200.00 | $201.00 | $0.00 | DA | $0.00 | FA |
| 6 CASH MANAGEMENT ACCT - SHAREBUILDER HELD AT ING | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 CHECKING ACCOUNT AT CHASE BANK | $400.00 | $0.00 | DA | $0.00 | FA |
| 8 CUSTODIAL ACCOUNT FOR MINOR SON - BALANCE $800.0 | $0.00 | $0.00 | DA | $0.00 | FA |
| 9 LIVING ROOM: COUCH, 2 CHAIRS, 1 42" SONY TV, 1 D | $4,065.00 | $0.00 | DA | $0.00 | FA |
| 10 GARAGE: MISC. HAND TOOLS, AND LAWN & GARDEN EQUI | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 11 PROPERTY IN HIGH STREET RENTAL: REFRIGERATOR, ST | $600.00 | $0.00 | DA | $0.00 | FA |
| 12 FAMILY PICTURES, DVDS, AND VIDEO/DECORATIVE PIEC | $300.00 | $0.00 | DA | $0.00 | FA |
| 13 PERSONAL CLOTHING | $200.00 | $0.00 | DA | $0.00 | FA |
| 14 PERSONAL CLOTHING | $500.00 | $0.00 | DA | $0.00 | FA |
| 15 WEDDING RING AND MISC. COSTUME JEWELRY (BRACELET | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 16 WEDDING RING, MISC. INEXPENSIVE WATCHES | $300.00 | $0.00 | DA | $0.00 | FA |
| 17 TREADMILL ($150) AND BOW-FLEX ($150) EXERCISE MA | $300.00 | $0.00 | DA | $0.00 | FA |
| 18 TERM LIFE INSURANCE POLICY THROUGH STATE FARM - | $0.00 | $0.00 | DA | $0.00 | FA |

| Case No.: | 10-71725-WS | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | ULCH, TERRANCE E. II AND ULCH, JACQUELINE M. | Date Filed (f) or Converted (c): | 10/15/2010 (f) |
| For the Period Ending: | 03/31/2011 | §341(a) Meeting Date: | 11/24/2010 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 TERM LIFE INSURANCE POLICY THROUGH STATE FARM 1. | $0.00 | $0.00 | DA | $0.00 | FA |
| 20 401K PLAN | $4,000.00 | $0.00 | DA | $0.00 | FA |
| 21 51% SHAREHOLDER IN AVER SIGN COMPANY, AN INSOLVE | Unknown | Unknown | | $0.00 | Unknown |
| 22 48% SHAREHOLDER IN EAGLE SIGN COMPANY, AN INSOLV | Unknown | Unknown | | $0.00 | Unknown |
| 23 25% MEMBER INTEREST IN DVT & T, LLC, AN INSOLVEN | Unknown | Unknown | | $0.00 | Unknown |
| 24 100% MEMBER INTEREST IN TJAG EQUIPMENT, AN INSOL | Unknown | Unknown | | $0.00 | Unknown |
| 25 50% MEMBER IN EXECUTIVE PARTNERS, LLC. PERSONAL | Unknown | Unknown | | $0.00 | Unknown |
| 26 50% MEMBER IN EXECUTIVE PARTNERS, LLC. PERSONAL | Unknown | Unknown | | $0.00 | Unknown |
| 27 POSSIBLE REFUND FOR 2010 FEDERAL AND STATE TAXES | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 28 RENT CLAIM FOR CURRENT AND FUTURE MONTHLY RENT O | $4,700.00 | $0.00 | DA | $0.00 | FA |
| 29 1988 FIREBIRD - IN DISREPAIR | $628.00 | $0.00 | DA | $0.00 | FA |
| 30 1997 HARLEY DAVIDSON | $2,200.00 | $0.00 | DA | $0.00 | FA |
| 31 2003 CADILLAC DEVILLE (SUBJECT TO SECURITY INTER | $7,139.00 | $0.00 | DA | $0.00 | FA |
| 32 1996 FORD PICKUP TRUCK (F250)--TRUCK WAS ASSEMBL | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 33 1976 CENTURY ARABIAN BOAT | $1,400.00 | $0.00 | DA | $0.00 | FA |
| 34 3 PET DOGS, 1 PET CAT, 1 PET LIZARD (KIDS' PETS) | $0.00 | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)** $462,623.00  $0.00  $0.00  **Gross Value of Remaining Assets** $10,000.00

| Case No.: | 10-71725-WS | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|
| Case Name: | ULCH, TERRANCE E. II AND ULCH, JACQUELINE M. | Date Filed (f) or Converted (c): | 10/15/2010 (f) |
| For the Period Ending: | 03/31/2011 | §341(a) Meeting Date: | 11/24/2010 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

03/31/2011    Trustee is investigating value of real estate and business assets.

| **Initial Projected Date Of Final Report (TFR):** | 10/15/2012 | **Current Projected Date Of Final Report (TFR):** | 10/15/2012 | /s/ KAREN E. EVANGELISTA |
|---|---|---|---|---|
| | | | | KAREN E. EVANGELISTA |